**Supreme Outspoken 7 ALLAH, a/k/a Mark Meyers, Plaintiff–Appellant,**

v.

**Benjamin MONTGOMERY, Deputy Director, South Carolina Department of Corrections; Geraldine Miro, Warden, Allendale Correctional Institution; John Pate, Assistant Warden, Allendale Correctional Institution; Bernard Walker, Major, Allendale Correctional Institution, Defendants–Appellees.**

No. 02–7632.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2003.

Decided Feb. 3, 2003.

Supreme Outspoken 7 Allah, Appellant Pro Se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Supreme Outspoken 7 Allah appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Allah v. Montgomery,* No. CA–01–958–0–24BF (D.S.C. Sept. 30, 2002). We deny Allah's motion for production of documents, his motion for an injunction, his motion to amend, his motion for declaratory judgment, his motion for an award of compensatory and punitive damages, his motion to review the record in the Clerk's Office, his motion for sanctions, his motion to strike, and his motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*